## 42422. WHITEHEAD et al. v. HENSON et al.

FELTON, Chief Judge. In *Whitehead v. Henson,* 223 Ga. 329, the Supreme Court reversed the judgment of this court which affirmed the judgment of the trial court. In compliance with the mandate of the Supreme Court the original judgment of affirmance by this court is vacated and the judgment of the trial court is reversed under the rulings by the Supreme Court.
*Judgment reversed. Pannell and Joslin, JJ., concur.*

DECIDED MAY 19, 1967.

*A. Tate Conyers,* for appellants.
*Harold Sheats, J. C. Murphy, Charles M. Lokey,* for appellees.